## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARIO KEITH VANPELT**                                                   **PLAINTIFF**
**ADC #119581**

**VS.**                            **NO. 1:11CV00019-JLH-BD**

**JACK OXNER and JAMES GUYNES**                              **DEFENDANTS**


## ORDER

Defendants have moved for additional time to file a motion for summary

judgment.  (Docket entry #39)  The motion (#39) is GRANTED.  Dispositive motions

may be filed on or before March 2, 2012.

IT IS SO ORDERED this 24th day of February, 2012.


_____
UNITED STATES MAGISTRATE JUDGE