# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MARIO KEITH VANPELT                                                                                        PLAINTIFF
ADC #119581

v.                                          NO. 1:11CV00019-JLH-BD

JACK OXNER; and
JAMES GUYNES                                                                                                DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Vanpelt's motion to amend his complaint (docket entry #55) is DENIED.

IT IS SO ORDERED this 25th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE