IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARIO KEITH VANPELT**                                                                          **PLAINTIFF**
**ADC #119581**

**VS.**                           **NO. 1:11CV00019-KGB-BD**

**JACK OXNER**
**and JAMES GUYNES**                                                               **DEFENDANTS**

## ORDER

Larry Norris, through his attorney, has moved to quash a subpoena commanding that he appear and give deposition testimony on July 13, 2012. (Docket entry #76) Because Mr. Norris was not employed by the Arkansas Department of Correction during the time period relevant to this lawsuit, and because he is scheduled to be in Lexington, Kentucky on the date of the scheduled deposition, the motion (#76) is GRANTED.

DATED this 6th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE