# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARIO KEITH VANPELT**                                                                          **PLAINTIFF**
**ADC #119581**

v.                              Case No. 1:11-cv-00019-KGB-BD

**JACK OXNER and**
**JAMES GUYNES**                                                                                 **DEFENDANTS**

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Separate Defendant Don W. Ball's motion to dismiss (Dkt. No. 99) is granted. Mr. Vanpelt's claims against Mr. Ball are dismissed without prejudice.

IT IS SO ORDERED THIS the 30th day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE