IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIO KEITH VANPELT                                                                                   PLAINTIFF
ADC #119581

VS.                                           NO. 1:11CV00019-KGB-BD

JACK OXNER, *et al.*                                                                                DEFENDANTS

### ORDER

The Medical Defendants have moved for the Court to reconsider its order establishing a dispositive motions deadline of February 7, 2014, and have asked that it be extended until mid-May 2014.  (Docket entry #135)  Although the Court stated that no further extensions would be granted, the Medical Defendants have provided a sufficient basis to extend the deadline.

Accordingly, the motion (#135) is GRANTED, in part.  Dispositive motions are now due on or before April 14, 2014.  No further extensions will be granted absent exceptional circumstances.

IT IS SO ORDERED this 8th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE