**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MARIO KEITH VANPELT**  **PLAINTIFF**
**ADC #119581**

**v.**          **Case No. 1:11-cv-00019-KGB-BD**

**JACK OXNER, et al.**         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed. Plaintiff Mario Keith Vanpelt's claims against defendants Jack Oxner and James Guynes are dismissed with prejudice. Mr. Vanpelt's claims against defendants Corizon, LLC, Christi Taylor, Marybeth Floyd, Dr. Don Ball, and Quibble Butler are dismissed without prejudice.

IT IS SO ADJUDGED this the 19th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE